# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re: Micheal Glenn Webb
SSN: XXX-XX-8428

Janet Marie Webb
SSN: XXX-XX-8965

Case No.: 13-41287-abf-13
Judge: Arthur B. Federman
Dated: November 14, 2013

## NOTICE ALLOWING/DISALLOWING CLAIMS

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that these claims be allowed as set out below or disallowed as "not filed", unless an objection is filed and the Court enters an Order which provides different treatment.

ALLY FINANCIAL
PAYMENT PROCESSING CENTER
PO BOX 78367
PHOENIX, AZ 85062-8367

**Court Claim No.:** 1
**Trustee Claim No.:** 10,001
**% to be Paid:** TBD
**Claim Amount:** $1,272.00

**Monthly Payment:** $0.00
**Claim Type:** General Unsecured
**Interest Rate:** 0.00%
**Account:** 3056

ALLY FINANCIAL
PAYMENT PROCESSING CENTER
PO BOX 78367
PHOENIX, AZ 85062-8367

**Court Claim No.:** 1
**Trustee Claim No.:** 1
**% to be Paid:** 100.00%
**Claim Amount:** $11,000.00

**Monthly Payment:** $250.00
**Claim Type:** Secured - Vehicle (E)
**Interest Rate:** 3.63%
**Account:** 3056

ALLY FINANCIAL
PAYMENT PROCESSING CENTER
PO BOX 78367
PHOENIX, AZ 85062-8367

**Court Claim No.:** 2
**Trustee Claim No.:** 3
**% to be Paid:** 0.00%
**Claim Amount:** $8,688.54

**Monthly Payment:** $0.00
**Claim Type:** Secured - Vehicle (Pr)
**Interest Rate:** 0.00%
**Account:** 6771
Surrendered

AMERICAN INFOSOURCE LP AS
AGENT FOR VERIZON
PO BOX 248838
OKLAHOMA CITY, OK 73124-8838

**Court Claim No.:** 4
**Trustee Claim No.:** 18
**% to be Paid:** Direct
**Claim Amount:** $101.20

**Claim Type:** Lease Payment On-Going (Pr)
**Account:** 0001

BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

**Court Claim No.:** 9
**Trustee Claim No.:** 7
**% to be Paid:** TBD
**Claim Amount:** $4,734.66

**Monthly Payment:** $0.00
**Claim Type:** General Unsecured
**Interest Rate:** 0.00%
**Account:** 1008

TBD = To Be Determined       Page 1 of 4

Case No.: 13-41287-abf-13          Debtor: Micheal Glena Webb          Joint Debtor: Janet Marie Webb

| | | |
|---|---|---|
| BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | **Court Claim No.:** 11<br>**Trustee Claim No.:** 16<br>**% to be Paid:** TBD<br>**Claim Amount:** $1,797.55 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 1354 |
| BMO HARRIS BANK NA<br>ATTN BRK 180 RC<br>770 N WATER ST<br>MILWAUKEE, WI 53202-3593 | **Court Claim No.:** 14<br>**Trustee Claim No.:** 4<br>**% to be Paid:** 100.00%<br>**Claim Amount:** $494.19 | **Monthly Payment:** $250.00<br>**Claim Type:** Secured - Vehicle (E)<br>**Interest Rate:** 3.63%<br>**Account:** 3344 |
| CAPITAL ONE NA<br>PO BOX 12907<br>NORFOLK, VA 23541 | **Court Claim No.:** 13<br>**Trustee Claim No.:** 6<br>**% to be Paid:** 0.00%<br>**Claim Amount:** $5,561.13 | **Monthly Payment:** $250.00<br>**Claim Type:** Secured - Vehicle (E)<br>**Interest Rate:** 0.00%<br>**Account:** 7397<br>Withdrawn |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | **Court Claim No.:** Not Filed<br>**Trustee Claim No.:** 12<br>**% to be Paid:** TBD<br>**Claim Amount:** Not Filed | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 6480 |
| CITIMORTGAGE INC<br>PO BOX 689196<br>DES MOINES, IA 50368-9196 | **Court Claim No.:**<br>**Trustee Claim No.:** 2<br>**% to be Paid:** 0.00%<br>**Claim Amount:** $0.00 | **Monthly Payment:** $0.00<br>**Claim Type:** Mortgage Payment (Pr)<br>**Interest Rate:** 0.00%<br>**Account:** 07709363878<br>Surrendered |
| FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | **Court Claim No.:** 3<br>**Trustee Claim No.:** 8<br>**% to be Paid:** TBD<br>**Claim Amount:** $6,696.54 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 9022/0296 |
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 6<br>**Trustee Claim No.:** 9<br>**% to be Paid:** TBD<br>**Claim Amount:** $12,568.31 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 5288 |

Case No.: 13-41287-abf-13                Debtor: Micheal Glenda Webb                Joint Debtor: Janet Marie Webb

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 12<br>**Trustee Claim No.:** 10<br>**% to be Paid:** TBD<br>**Claim Amount:** $5,784.00 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 4355 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 8<br>**Trustee Claim No.:** 11<br>**% to be Paid:** TBD<br>**Claim Amount:** $21,027.38 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 5933 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 14<br>**% to be Paid:** TBD<br>**Claim Amount:** $14,295.12 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 9475 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 15<br>**% to be Paid:** TBD<br>**Claim Amount:** $18,981.28 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 8796 |
| US BANK NA<br>BANKRUPTCY DEPT<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | **Court Claim No.:** 10<br>**Trustee Claim No.:** 17<br>**% to be Paid:** TBD<br>**Claim Amount:** $9,520.66 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 0486 |
| WELLS FARGO HOME MORTGAGE<br>PO BOX 6423<br>CAROL STREAM, IL 60197-6423 | **Court Claim No.:**<br>**Trustee Claim No.:** 5<br>**% to be Paid:** 0.00%<br>**Claim Amount:** $0.00 | **Monthly Payment:** $0.00<br>**Claim Type:** Mortgage Payment (Pr)<br>**Interest Rate:** 0.00%<br>**Account:** 7828<br>Surrendered |

TBD = To Be Determined        Page 3 of 4

Case No.: 13-41287-abf-13          Debtor: Micheal Glena Webb          Joint Debtor: Janet Marie Webb

Dated: November 14, 2013                              /s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
UAW LEGAL SERVICES (227) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

CRJ    /Notice - Allow /Disallow Claims

TBD = To Be Determined          Page 4 of 4